

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

PAUL L. MALONEY  
CHIEF JUDGE

410 W. Michigan Ave.  
Kalamazoo, MI 49007

(269) 381 4741

FILED  
U.S. District Court Clerk  
MAY - 1 2009  
By_____  
Western Michigan

May 1, 2009

Frank J. Lawrence, Jr.  
941 Westview Rd  
Bloomfield Hills MI 48304

Re:   Your letter of April 24, 2009, w/enclosures seeking admission to the practice of law in the United States District Court for the Western District of Michigan

Dear Mr. Lawrence:

Michelle Benham, Admissions Clerk of our Court, has forwarded your cover letter and Petition for Admission to the undersigned.

The Court's Local Rules clearly require that an applicant for admission be "duly admitted to practice in a court of record of a state". See Local Civil Rule 83.1(c) and Local Criminal Rule 57.1(c). Your letter discloses that you have not been so admitted, as does the Petition itself.

Accordingly, for this reason in the first instance, you are ineligible for admission to practice in the Western District of Michigan Federal Court. The Court has made no further determination of your suitability for admission.

Your Petition for Admission is **DENIED**.

Very truly yours,

Paul L. Maloney  
Chief Judge  
United States District Court

C:   Michelle Benham  
     Lauren Packard

PLM/ab